| | |
|---|---|
| 1 | Chris Trahan, State Bar No. 244007 |
|   | Email: ckt@moorebrewer.com |
| 2 | Duane Tyler, State Bar No. 147191 |
|   | Email: dt@moorebrewer.com |
| 3 | MOORE, BREWER, JONES, TYLER & NORTH |
|   | 5870 Stoneridge Mall Road, Suite 206 |
| 4 | Pleasanton, CA 94588 |
|   | Telephone: (408) 279-8800 |
| 5 | Facsimile: (408) 279-8129 |
| 6 | Attorneys for Plaintiff, |
|   | REDWOOD CREDIT UNION |

**FILED**
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

REDWOOD CREDIT UNION,

    Plaintiff,

v.

The Vessel NAUTI 'N NICE, its engines, boilers, tackle, furniture, licenses, masts, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and all other appurtenances, etc., in rem, and JOSEPH M. PEULEN, an Individual, in personam,

    Defendants.

Civil Case No.: C08-04059 MEJ

**MOTION AND NOTICE OF REQUEST FOR REVIEW IN ACCORDANCE WITH RULE C OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS, FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff respectfully makes application to the Court for an Order authorizing issuance of warrant for arrest of the *in rem* vessel NAUTI 'N NICE, Official Number 671702, its engines, boilers, tackle, furniture, licenses, masts, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and all other appurtenances, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure.

///

///

///

///

///

-1-

**MOTION AND NOTICE OF REQUEST FOR REVIEW IN ACCORDANCE WITH FRCivP Supp C.**

This application is based on said Supplemental Rule C, 46 U.S.C. 31325, the supporting Memorandum of Points and Authorities, the verified Complaint and all the pleadings, exhibits, and documents filed in this case.

Dated: August 20, 2008

**MOORE, BREWER, JONES, TYLER & NORTH**

By: _____
Chris Trahan
Duane Tyler
Attorneys for Plaintiff,
Redwood Credit Union

-2-

**MOTION AND NOTICE OF REQUEST FOR REVIEW IN ACCORDANCE WITH FRCivP Supp C.**