```
 1 │ Chris Trahan, State Bar No. 244007
   │ Email: ckt@moorebrewer.com
 2 │ Duane Tyler, State Bar No. 147191
   │ Email: dt@moorebrewer.com
 3 │ MOORE, BREWER, JONES, TYLER & NORTH
   │ 5870 Stoneridge Mall Road, Suite 206
 4 │ Pleasanton, CA 94588
   │ Telephone: (408) 279-8800
 5 │ Facsimile: (408) 279-8129
 6 │ Attorneys for Plaintiff,
   │ REDWOOD CREDIT UNION
```

RECEIVED
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD CREDIT UNION,<br><br>  Plaintiff,<br><br>  v.<br><br>The Vessel NAUTI 'N NICE, its engines, boilers, tackle, furniture, licenses, masts, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and all other appurtenances, etc., in rem, and JOSEPH M. PEULEN, an Individual, in personam,<br><br>  Defendants. | Civil Case No.:<br>**C08-04059 MEJ**<br><br>[PROPOSED]<br>ORDER GRANTING ISSUANCE OF WARRANT FOR ARREST OF VESSEL AND APPURTENANCES |

TO THE CLERK OF THE COURT:

The Court, having received and reviewed the plaintiff's Verified in rem Complaint for Foreclosure of a First Preferred Mortgage on a Vessel and in personam on a Promissary Note and Request for Review, hereby approves the plaintiff's request for a warrant of arrest to issue against the vessel NAUTI 'N NICE, Official Number 671702, its engines, boilers, tackle, furniture, licenses, masts, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, and all other appurtenances and directs that the requested Warrant be issued.

Dated: _____

_____
Magistrate Judge

-1-

Order Granting Issuance of Warrant for Arrest of Vessel and Appurtenances