1  Chris Trahan, State Bar No. 244007
   Email: ckt@moorebrewer.com
2  Duane Tyler, State Bar No. 147191
   Email: dt@moorebrewer.com
3  MOORE, BREWER, JONES, TYLER & NORTH
   5870 Stoneridge Mall Road, Suite 206
4  Pleasanton, CA 94588
   Telephone: (408) 279-8800
5  Facsimile: (408) 279-8129

6  Attorneys for Plaintiff,
   REDWOOD CREDIT UNION
7

RECEIVED
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  REDWOOD CREDIT UNION,                    ) Civil Case No.:
                                             ) C08-04059  MEJ
12              Plaintiff,                   )
                                             )
13       v.                                  ) [PROPOSED]
                                             ) ORDER GRANTING ISSUANCE OF
14  The Vessel NAUTI 'N NICE, its engines, boilers, ) WARRANT FOR ARREST OF VESSEL
    tackle, furniture, licenses, masts, bowsprit, boat, ) AND APPURTENANCES
15  anchors, cables, chains, rigging, tackle, apparel, )
    furniture, and all other appurtenances, etc., in rem, )
16  and JOSEPH M. PEULEN, an Individual, in      )
17  personam,                                   )
                                                )
18              Defendants.                     )

19  TO THE CLERK OF THE COURT:

20       The Court, having received and reviewed the plaintiff's Verified in rem Complaint for Foreclosure

21  of a First Preferred Mortgage on a Vessel and in personam on a Promissary Note and Request for Review,

22  hereby approves the plaintiff's request for a warrant of arrest to issue against the vessel NAUTI 'N NICE,

23  Official Number 671702, its engines, boilers, tackle, furniture, licenses, masts, bowsprit, boat, anchors,

24  cables, chains, rigging, tackle, apparel, furniture, and all other appurtenances and directs that the

25  requested Warrant be issued.

26

27  Dated: _____                    _____
28                                            Magistrate Judge

-1-

Order Granting Issuance of Warrant for Arrest of Vessel and Appurtenances