IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REDWOOD CREDIT UNION,                No. C 08-4059 MEJ

      Plaintiff(s),                       **ORDER VACATING CMC**

vs.

THE VESSEL NAUTI 'N NICE,

      Defendant(s).
                                        /

      This matter is currently scheduled for a Case Management Conference on January 22, 2009. However, the defendant has made no appearance in this case, and the Clerk of Court entered default against it on December 24, 2008. (Dkt. #14.) Accordingly, the Court hereby VACATES the January 22 C.M.C. Plaintiff shall file a motion for default judgment within 30 days from the date of this Order.

      **IT IS SO ORDERED.**

Dated: January 16, 2009                                      _____
                                                                                       MARIA-ELENA JAMES
                                                                                       United States Magistrate Judge