IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD CREDIT UNION,<br><br>      Plaintiff(s),<br><br>vs.<br><br>THE VESSEL NAUTI 'N NICE,<br><br>      Defendant(s). | No. C 08-4059 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE** |

Currently pending before the Court are certain ex parte applications from Plaintiff Redwood Credit Union. (Dkt. ## 16, 18.) Because default has been entered against the defendant and the undersigned magistrate judge is unable to obtain its consent, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge.

**IT IS SO ORDERED.**

Dated: January 29, 2009

                                                  MARIA-ELENA JAMES<br>                                                  United States Magistrate Judge